UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULINA CABELLO-SETLLE, *individually and as next friend for KC, a minor*,

                                    Plaintiff,

-against-

LAURA SCOTT, *individually and in her official capacity*,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/20/2024

21 Civ. 7477 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

Defendant Laura Scott has filed a Verified Answer, dated February 16, 2024 (ECF No. 63),

to Plaintiff's Second Amended Complaint, dated October 26, 2022 (ECF No. 45). Thus, the Court

waives the Initial Pre-Trial Conference requirement and directs the parties to submit a proposed

Case Management Plan and Scheduling Order (blank form attached hereto) by March 11, 2024.

After review and approval of the Scheduling Order, the Court will issue an Order of Reference to

Magistrate Judge Judith C. McCarthy for general pretrial purposes. The parties are directed to

contact Judge McCarthy within seven (7) business days of the date of the Order of Reference to

schedule a conference.

                                    SO ORDERED.

Dated:    February 20, 2024
          White Plains, New York

                                    _____
                                    NELSON S. ROMÁN
                                    United States District Judge